## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Daphne N

Printed:  1/15/08

Case Number:  07 B 15943
Judge:  Wedoff, Eugene R
Filed:  8/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  November 29, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 3,230.00 | 0.00 |
| 2. | Honor Finance | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 18,000.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 12.05 | 0.00 |
| 8. | Vascular Surgery & Noninvasive | Unsecured | 13.80 | 0.00 |
| 9. | Divrec Services | Unsecured | 201.10 | 0.00 |
| 10. | National Recovery, Inc | Unsecured | 7.73 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 56.31 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 72.33 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 108.19 | 0.00 |
| 14. | CRS | Unsecured | 3.07 | 0.00 |
| 15. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | CCA | Unsecured | | No Claim Filed |
| 20. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 21. | Credit Cntrol Corp | Unsecured | | No Claim Filed |
| 22. | CB USA | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Empire Solutions Inc | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Daphne N

Printed:  1/15/08

Case Number:  07 B 15943

Judge:  Wedoff, Eugene R

Filed:  8/31/07

| | | | |
|---|---|---|---|
| 26. | Evans Fur | Unsecured | No Claim Filed |
| 27. | ER Solutions | Unsecured | No Claim Filed |
| 28. | Fbcs Inc | Unsecured | No Claim Filed |
| 29. | Fac/Nab | Unsecured | No Claim Filed |
| 30. | Mountain States Adjustment | Unsecured | No Claim Filed |
| 31. | Money Control | Unsecured | No Claim Filed |
| 32. | Mutl H Clctn | Unsecured | No Claim Filed |
| 33. | Security Check, LLC | Unsecured | No Claim Filed |
| 34. | Universal Collection Service | Unsecured | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | No Claim Filed |
| 36. | NCO Financial Systems | Unsecured | No Claim Filed |
| 37. | OSI Collection Svc Inc | Unsecured | No Claim Filed |
| 38. | Professioanl Crdit Services | Unsecured | No Claim Filed |
| 39. | KCA Financial Services | Unsecured | No Claim Filed |
| 40. | Mutl H Clctn | Unsecured | No Claim Filed |
| 41. | Professional Account Management | Unsecured | No Claim Filed |
| 42. | Security Check, LLC | Unsecured | No Claim Filed |
| 43. | Security Check, LLC | Unsecured | No Claim Filed |
| 44. | Security Check, LLC | Unsecured | No Claim Filed |
| 45. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 46. | ER Solutions | Unsecured | No Claim Filed |
| 47. | Walmart | Unsecured | No Claim Filed |

$ 21,704.58          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: